**SULAIMAN LAW GROUP, LTD**
Alejandro E. Figueroa (State Bar No. 332132)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULYNDA M. WALKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>　　　　Defendants. | **Case No.** 5:21-cv-01048-JWH-KKx<br><br>**ORDER** |

1

Plaintiff, JULYNDA M. WALKER ("Plaintiff"), by and through her undersigned attorney, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, TRANS UNION, LLC.

It is therefore **ORDERED** by this Court that the above cause of action, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, is hereby **DISMISSED, with prejudice**, as to TRANS UNION, LLC. Each party shall bear its own costs and attorney fees.

Dated: January 25, 2022

_____
John W. Holcomb
U.S. DISTRICT JUDGE